1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   ANGELA J. DAVIS / State Bar No. 125845
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3456
7       Email: angela.davis@usdoj.gov
   Attorney for Plaintiff
8  United States of America

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  EDWARD LONA,                    ) No. CV 07-8399-ABC
          Petitioner-Defendant,     )
13                                  ) (CR 01-993 NM)
                    v.              )
14                                  )
    UNITED STATES OF AMERICA,       )
15        Respondent-Plaintiff.     ) FINDINGS AND ORDERS RE PARTIAL
                                    ) WAIVER OF ATTORNEY-CLIENT
16                                  ) PRIVILEGE
                                    )
17                                  ) [Submitted in Compliance with
                                    ) This Court's 6/9/08 Minute
18                                  ) Order]
                                    )
19  _____) No Hearing Date

20
        The Court, having considered the papers and pleadings in the
21
    above-captioned matter, HEREBY FINDS:
22
        1.   On or about December 28, 2007, petitioner-defendant
23
    Edward Lona ("defendant") filed a "Motion to Vacate, Set Aside or
24
    Correct Sentence by a Person in Federal Custody" ("habeas
25
    petition").  Contemporaneously, defendant filed a memorandum of
26
    points and authorities and declarations, including a declaration
27
    executed by defendant.
28

1    2.   Defendant claims in his habeas petition that he is

2  entitled to relief because he received ineffective assistance of

3  counsel from J. Thomas Logan ("Logan") and was prejudiced thereby

4  in the case, United States v. Lona, CR 01-993 NM.

5    3.   By making this claim, defendant has waived the attorney-

6  client privilege as to all communications between himself and

7  Logan regarding the events and facts pertaining to defendant's

8  claims in his habeas petition.   (See, e.g., Bittaker v. Woodford,

9  331 F.3d 715, 716 (9th Cir. 2003)).

10    4.   On June 9, 2008, this Court ordered the government to

11  lodge a proposed order setting forth defendant's waiver of

12  attorney-client privilege, and, in addition, to secure a

13  declaration from Mr. Logan regarding facts bearing on defendant's

14  habeas petition within 14 days, or, in the event it could not do

15  so, to complete Mr. Logan's deposition within 30 days.

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27

28                                    2

THE COURT HEREBY ORDERS THAT:

1.  J. Thomas Logan is ordered to disclose to the government all communications between himself and defendant concerning the events and facts related to defendant's claims of ineffective assistance of counsel in the matter, <u>United States v. Lona</u>, CR 01-993 NM, as alleged by defendant in the matter, <u>United States v. Lona</u>, CV 07-8399.

2.  The government is ordered to serve J. Thomas Logan with a copy of this order forthwith.

Dated: June <u>13</u> , 2008

*Audrey B. Collins*

HON. AUDREY B. COLLINS
United States District Judge

Prepared by:

_____
Angela J. Davis
Assistant U.S. Attorney

3